# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUWAN MITCHELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil No.  21-887** |
| | ) | |
| **ANDREW LOW, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **JUWAN MITCHELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil No.  21-907** |
| | ) | |
| **SCI SMITHFIELD, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **JUWAN MITCHELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil No.  21-908** |
| | ) | |
| **SCI SMITHFIELD, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **JUWAN MITCHELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil No.  21-909** |
| | ) | |
| **ANDREW LOW,** | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| JUWAN MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.  21-945 |
| ) | |
| SCI SMITHFIELD, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| JUWAN MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.  21-959 |
| ) | |
| A. LOW, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| JUWAN MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.  21-960 |
| ) | |
| SCI SMITHFIELD, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Juwan Mitchell has filed seven civil rights action alleging certain acts and omissions by Defendants, all of which occurred within the jurisdiction of the United States District Court for the Middle District of Pennsylvania.  Each of the cases were referred to Magistrate Judge Maureen P. Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and

2

Local Civil Rules 72.C and D.  Magistrate Judge Kelly issued a Report and Recommendation in each case recommending that each action be transferred to the United States District Court for the Middle District of Pennsylvania.  The earliest deadline for filing Objections to the Report and Recommendations was August 2, 2021, and the latest deadline was September 14, 2021.  Mr. Mitchell has not filed Objections any of the report and Recommendations.  After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 20th day of September 2021,

IT IS ORDERED as follows:

The Report and Recommendation (ECF No. 3) filed on July 16, 2021, in Civil Action No. 21-887, is adopted as the Opinion of the Court.

The Report and Recommendation (ECF No.2) filed on July 19, 2021, in Civil Action No. 21-907, is adopted as the Opinion of the Court.

The Report and Recommendation (ECF No. 3) filed on July 20, 2021, in Civil Action No. 21-908, is adopted as the Opinion of the Court.

The Report and Recommendation (ECF No. 3) filed on July 20, 2021, in Civil Action No. 21-909, is adopted as the Opinion of the Court.

The Report and Recommendation (ECF No. 2) filed on August 11, 2021, in Civil Action No. 21-945, is adopted as the Opinion of the Court.

The Report and Recommendation (ECF No. 2) filed on August 11, 2021, in Civil Action No. 21-959, is adopted as the Opinion of the Court.

The Report and Recommendation (ECF No. 2) filed on August 11, 2021, in Civil Action No. 21-960, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that each of these actions (Civil Action Nos. 21-887, 21-907, 21-908, 21-909, 21-945, 21-959, and 21-960) be transferred to the United States District Court for the Middle District of Pennsylvania forthwith.

The Clerk is to mark each case closed.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

 s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

cc: Juwan Mitchell, pro se
QJ0036
1500 WALTERS MILLS ROAD
SOMERSET, PA 15510-0001